# EXHIBIT "A"

## CONSENT TO SUE AND OPT IN FORM

By my signature below, I represent that: (a) I am a current or former employee at Pure Pleasure and (b) I am or was so employed for some or all of the three year period preceding the date of my execution of this Consent form.

I hereby authorize the prosecution of a legal action in my name and/or on my behalf for wages and/or salary and/or earned compensation and/or minimum wage and/or overtime compensation, and/or liquidated damages currently available to me and/or any such remedies which may become available to me in the future under: (a) the federal Fair Labor Standards Act of 1938, 29 U.S.C. §201 et seq. ("FLSA"); and/or (b) Virginia law, provided that any such claim(s) pressed on my behalf in any such action(s) arose during the three year period referenced above and/or arise at any time subsequent to my execution of this consent.

I hereby consent to be a party plaintiff and to join in such action either by way of being a "named" Plaintiff joined in action as provided in Fed. R. Civ. P. 20 and/or by being added to the action as an "opt-in" Plaintiff as provided in 29 U.S.C. Sec. 216(b). I hereby consent to have the named Plaintiffs in any legal action in which this Consent is filed with the Court (irrespective of whether the action is currently pending or is filed in the future) represent my interests in adjudicating my claims for wages, salary, overtime, liquidated damages, and benefits of employment, which claims arose during the three year period referenced above or at any time subsequent to my execution of this consent.

I further agree to be bound by the outcome of such action, and I specifically agree to the selection of Counsel as follows:

**Stephen B. Pershing**
Virginia Bar No. 31012
Pershing Law PLLC
1416 E Street, N.E.
Washington, D.C. 20002
(202) 642-1431 (o)
sbpershing@gmail.com

**Harlan S. Miller, III, Esq.**
Georgia Bar No. 5067090
(*pro hac vice admission pending*)
Miller Legal, P.C.
hmiller@millerlegalpc.com

This _8_ day of February, 2018.

*Valerie L. Oliver*
Valerie Oliver