**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

VALERIE OLIVER,

      **PLAINTIFF,**

V.

MGB, INC. D/B/A PURE PLEASURE, AND
WILLIAM PYLIARIS,

      **DEFENDANTS.**

**Case No. 3:18-cv-00096**

**DEFENDANTS MOTION FOR LEAVE TO AMEND**
**THEIR ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

COMES NOW, the Defendant MGB, Inc. d/b/a Pure Pleasure ("Pure Pleasure") and

Defendant William Pyliaris ("Pyliaris") (collectively "Defendants"), by and through the

undersigned legal counsel, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, files

this Motion for Leave to Amend their Answers to Plaintiff's First Amended Complaint in

support of this Motion relies upon the facts and legal contentions set forth in the accompanying

Memorandum filed in support, any reply brief which may be filed, and any arguments Defendant

may make at the hearing before this Court.

Dated:  June 7, 2018

Respectfully submitted,

**MGB, INC. d/b/a PURE PLEASURE**
**AND WILLIAM PYLIARIS**


By: _____/s/_____

Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800

Norfolk, Virginia 23510
Telephone:   (757) 648-1445
Facsimile:   (757) 648-1418
E-mail:   thomas.lucas@jacksonlewis.com
   vaquerak@jacksonlewis.com
   milena.radovic@jacksonlewis.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Stephen B. Pershing, Esquire
Pershing Law PLLC
1416 E Street, N.E.
Washington, DC 2002

Harlan S. Miller, III, Esquire
Miller Legal, P.C.
6868 Leslie Lane
Macon, GA 31220
*Counsel for Plaintiff*

**MGB, INC. d/b/a PURE PLEASURE
AND WILLIAM PYLIARIS**

By:      /s/
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:   (757) 648-1445
Facsimile:   (757) 648-1418
E-mail:   thomas.lucas@jacksonlewis.com
   vaquerak@jacksonlewis.com
   milena.radovic@jacksonlewis.com
*Counsel for Defendants*

4825-1836-1959, v. 1

2