**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **VALERIE OLIVER,**<br><br>　　　　**PLAINTIFF,**<br><br>V.<br><br>**MGB, INC. D/B/A PURE PLEASURE, AND WILLIAM PYLIARIS,**<br><br>　　　　**DEFENDANTS.** | **Case No. 3:18-cv-00096** |

**JOINT MOTION FOR LEAVE TO FILE SETTLEMENT AGREEMENT UNDER SEAL**

COMES NOW Defendants MGB, Inc. d/b/a Pure Pleasure ("Pure Pleasure") and William Pyliaris ("Pyliaris ") (collectively "Defendants") and Plaintiff Valerie Oliver ("Plaintiff") (collectively "Parties"), hereby move the Court, pursuant to Local Civil Rule 5, to issue an order allowing the Parties to file under seal the Settlement Agreement in support of the Parties' Joint Motion for Approval of the FLSA Settlement.

Date:  August 29, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**MGB, INC. d/b/a PURE PLEASURE
　　　　　　　　　　　　　　　　　　　　AND WILLIAM PYLIARIS**

　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　Thomas M. Lucas (VSB No. 27274)
　　　　　　　　　　　　　　　　　　　　Kristina H. Vaquera, Esq. (VSB No. 43655)
　　　　　　　　　　　　　　　　　　　　Milena Radovic, Esq. (VSB No. 91000)
　　　　　　　　　　　　　　　　　　　　Jackson Lewis, PC
　　　　　　　　　　　　　　　　　　　　500 E. Main Street, Suite 800
　　　　　　　　　　　　　　　　　　　　Norfolk, Virginia 23510
　　　　　　　　　　　　　　　　　　　　Telephone:　(757) 648-1445
　　　　　　　　　　　　　　　　　　　　Facsimile:　(757) 648-1418
　　　　　　　　　　　　　　　　　　　　E-mail:　　thomas.lucas@jacksonlewis.com
　　　　　　　　　　　　　　　　　　　　　　　　　　vaquerak@jacksonlewis.com

        milena.radovic@jacksonlewis.com
*Counsel for Defendants*

**VALERIE OLIVER**

By:    /s/
Harlan S. Miller
Georgia Bar No. 506709
Miller Legal, P.C.
6767 Leslie Lane
Macon, Ga. 31220
(404) 931-6490
hmiller@millerlegalpc.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 4th day of September, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

  Stephen B. Pershing, Esquire
  Pershing Law PLLC
  1416 E Street, N.E.
  Washington, DC 2002

  Harlan S. Miller, III, Esquire
  Miller Legal, P.C.
  6868 Leslie Lane
  Macon, GA 31220
  *Counsel for Plaintiff*

**MGB, INC. d/b/a PURE PLEASURE
AND WILLIAM PYLIARIS**

By:    /s/
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800

2

        Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
E-mail: thomas.lucas@jacksonlewis.com
        vaquerak@jacksonlewis.com
        milena.radovic@jacksonlewis.com
*Counsel for Defendants*

4849-8163-3649, v. 1