**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| VALERIE OLVER,<br><br>PLAINTIFF,<br><br>V.<br><br>MGB, INC. D/B/A PURE PLEASURE, AND WILLIAM PYLIARIS,<br><br>DEFENDANTS. | Case No. 3:18-cv-00096 |

**PROPOSED ORDER**

Upon consideration of the Parties' Joint Motion for Leave to File their Settlement Agreement Under Seal and Memorandum in Support, the Court finds as follows:[1]

1. The requirement of public notice has been satisfied by the Parties, and interested parties have had reasonable opportunity to object.

2. The limited sealing proposed by the Parties is far from drastic and is warranted for the following reasons: (a) the public policy promoting confidential dispute resolution outside of formal court proceedings; (b) the confidential settlement agreement non-public, confidential, proprietary information of the Defendants and non-public, confidential, personal information of the Plaintiff.

3. Given the foregoing, the Court finds that the public interest in promoting out-of-court settlements and the Parties' interest in non-disclosure of confidential, personal and

---

[1] The required findings are set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000) (citing *In re Knight Publishing Co.*, 743 F.2d 231, 235-36 (4th Cir. 1984)).

1

business-proprietary information outweighs the public's right to access the confidential settlement agreement in issue.

It is therefore ORDERED that the motion is granted and it is further ORDERED that the Parties' Settlement Agreement may be filed under seal.

**IT IS SO ORDERED** this _____ day of _____, 2018

_____
Henry E. Hudson
United States District Judge

4852-6684-6321, v. 1