**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| VALERIE OLIVER,<br><br>        PLAINTIFF,<br><br>V.<br><br>MGB, INC. D/B/A PURE PLEASURE, AND WILLIAM PYLIARIS,<br><br>        DEFENDANTS. | Case No. 3:18-cv-00096 |

## JOINT NOTICE OF FILING UNDER SEAL

TAKE NOTICE THAT Defendants MGB, Inc. d/b/a Pure Pleasure ("Pure Pleasure") and William Pyliaris ("Pyliaris ") (collectively "Defendants") and Plaintiff Valerie Oliver ("Plaintiff") (collectively "Parties"), on this day, under Rule 5 of the Local Rules, by counsel, filed a Motion to File Documents Under Seal. Any party or non-party may submit memoranda in support of or in opposition to the Motion within seven (7) days, designating all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memorandum will be treated as sealed pending a determination by the Court on the motion to seal. Any person objecting to the Motion to Seal must file an objection with the Clerk within seven (7) days after the filing of the Motion to Seal, and if no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Date: September 4, 2018            Respectfully submitted,

                                                        **MGB, INC. d/b/a PURE PLEASURE
AND WILLIAM PYLIARIS**

                                                        By:         /s/
                                                        Thomas M. Lucas (VSB No. 27274)

Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
E-mail: thomas.lucas@jacksonlewis.com
vaquerak@jacksonlewis.com
milena.radovic@jacksonlewis.com
*Counsel for Defendants*

**VALERIE OLIVER**

By: _____/s/_____
Harlan S. Miller
Georgia Bar No. 506709
Miller Legal, P.C.
6767 Leslie Lane
Macon, Ga. 31220
(404) 931-6490
hmiller@millerlegalpc.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Stephen B. Pershing, Esquire
Pershing Law PLLC
1416 E Street, N.E.
Washington, DC 2002

Harlan S. Miller, III, Esquire
Miller Legal, P.C.
6868 Leslie Lane
Macon, GA 31220
*Counsel for Plaintiff*

**MGB, INC. d/b/a PURE PLEASURE**

2

**AND WILLIAM PYLIARIS**

By: _____/s/_____
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:    (757) 648-1445
Facsimile:    (757) 648-1418
E-mail:    thomas.lucas@jacksonlewis.com
    vaquerak@jacksonlewis.com
    milena.radovic@jacksonlewis.com
*Counsel for Defendants*

4851-6618-3025, v. 1