IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| VALERIE OLIVER, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 3:18-cv-96-HEH |
| | * | |
| MGB, INC., d/b/a | * | |
| PURE PLEASURE, and | * | |
| WILLIAM PYLARIS, | * | |
| | * | |
| Defendants. | * | |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

NOW COME the parties, by and through their respective undersigned counsel, and hereby move the Court to approve the settlement reached at arm's length by the parties after extensive negotiations. The reasons supporting approval of the settlement are set forth in the accompanying Memorandum of Law.

Respectfully submitted this 6th day of September, 2018.

2

| | |
|---|---|
| */s/ Harlan S. Miller* | */s/ Thomas M. Lucas* |
| Harlan S. Miller | Thomas M. Lucas |
| Georgia Bar No. 506709 | VSB 43655 |
| Miller Legal, P.C. | Jackson Lewis, P.C. |
| 6767 Leslie Lane | 500 E. Main Street, Suite 800 |
| Macon, Ga. 31220 | Norfolk, Virginia, 23510 |
| (404) 931-6490 | (757) 648-1145 |
| hmiller@millerlegalpc.com | thomas.lucas@jacksonlewis.com |

Counsel for Defendants

_____
Stephen B. Pershing
VSB 31012
Pershing Law PLLC
1416 E Street, N.E.
Washington, D.C. 20002
(202) 642-1431
steve@pershinglaw.us

Counsel for plaintiff

## Certificate of Service

  I hereby certify that on September 6, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which then send a notification of such filing (NEF) to opposing counsel as follows:

Thomas M. Lucas
Kristina H. Vacquera
Milena Radovic
Jackson Lewis, P.C.
500 E. Main Street, Suite
Norfolk, Virginia, 23510
(757) 648-1145
thomas.lucas@jacksonlewis.com

_____
Stephen B. Pershing