

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| VALERIE OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:18-CV-96-HEH |
| ) | |
| MGB, INC. d/b/a PURE PLEASURE, ) | |
| AND WILLIAM PYLIARIS, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PARTIES' JOINT MOTION
## FOR APPROVAL OF SETTLEMENT

THIS MATTER is before the Court on the Parties' Joint Motion for Approval of FLSA Settlement (ECF No. 37). Upon consideration of the Parties' Motion and having held an approval hearing on September 27, 2018, it is hereby ORDERED that the Motion is GRANTED and that the Parties' Settlement Agreement and General Release is APPROVED as fair and adequate. This action is DISMISSED with PREJUDICE, except that this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994). The Parties shall bear their own respective costs and attorneys' fees, except as otherwise specified in the Settlement Agreement and General Release.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: Sept. 27 2018
Richmond, Virginia

/s/
Henry E. Hudson
Senior United States District Judge

**So moved and consented to:**

By: /s/ _____
Attorney for Plaintiff
Stephen Barkai Pershing
1416 E. Street, N.E.
Washington, DC 20002
Telephone: (202) 642-1431
steve@pershinglaw.us

By: /s/ _____
Attorneys for Defendants
Thomas M. Lucas (VSB No. 27274)
Kristina H Vaquera (VSB No. 43655)
Milena Radovic (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Phone: 757-648-1445
Fax: 757-648-1418
thomas.lucas@jacksonlewis.com
vaquerak@jacksonlewis.com
milena.radovic@jacksonlewis.com